IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHARLES OKPOKWU and<br>JOHN OCHEI,<br><br>  Plaintiffs,<br><br> v.<br><br>RAPID TAXI COMPANY, INC.,<br>YELLOW CAB OF GEORGIA,<br>INC., SOLOMON BEKELE,<br>ADDIS, INC., and MIKE ABEBE,<br><br>  Defendants. | CIVIL ACTION FILE<br><br>NO. 1:12-CV-2273-WEJ |

## **ORDER**

On June 29, 2012, plaintiffs, Charles Okpokwu and John Ochei, filed this action [1] alleging violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 et seq. On September 12, 2014, the parties filed their Joint Motion to Approve Settlement Agreement Pursuant to the Fair Labor Standards Act [112], voluntarily seeking to settle and dismiss this case. On September 16, 2014, the parties filed a consent [114] to the undersigned's authority.

The Court has reviewed the parties' Settlement Agreement and General Release ("Agreement") [112-1] and finds that its terms are fair, reasonable, and satisfactory. See Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1353

(11th Cir. 1982) (requiring court to scrutinize settlement of private action for back wages under FLSA for fairness).  Consequently, the undersigned **APPROVES** the Agreement, and **GRANTS** the parties' Joint Motion to Approve Settlement Agreement Pursuant to the Fair Labor Standards Act [112].

The Clerk is **DIRECTED** to close this action administratively pending the parties' filing of a Stipulation of Dismissal with Prejudice.

**SO ORDERED**, this 16th day of September, 2014.

*/s/ Walter E. Johnson*
WALTER E. JOHNSON
UNITED STATES MAGISTRATE JUDGE